# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER __08 mj 12__
                         )
vs                       )    ABSTRACT OF ORDER
                         )
__Brian Becerra-Leon__   )    Booking No. _____
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __01-04-08__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

__X__ ~~Bench~~ Warrant Recalled. __Warrant on Amended complaint issued.__

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

[Stamp: RECEIVED 2008 JAN -4 A 3:04 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA]

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_[signature]_
Deputy Clerk

Received _____
           DUSM

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151