**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
RECEIVED

1430249
FILED

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| | ) 2008 JAN -2  A 4:11 | Magistrate's Case No. | 08 JAN -8 PM 1:12 |
| V. | ) U.S. MARSHAL | | '08 MJ 0012 |
| | ) SOUTHERN DISTRICT | Warrant For Arrest | SOUTHERN DISTRICT OF CALIFORNIA |
| Brian BECERRA-Leon et. al. | OF CALIFORNIA | | BY: PDU   DEPUTY |
| | ) | | |

**WARRANT ISSUED ON THE BASIS OF:**
__ Failure to Appear  __ Order of Court
__ Indictment  __ Information
X  Complaint

| TO: | NAME AND ADDRESS of PERSON TO BE ARRESTED: |
|---|---|
| Any United States Marshal or other authorized officer | Brian BECERRA-Leon<br>Calle La Montana #25<br>Lomas De Rosarito<br>Rosarito, B.C.N., Mexico |

| DISTRICT of ARREST: | CITY of ARREST: |
|---|---|

YOU are HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below:

DESCRIPTION of CHARGE(S)      DATE  1/4/08

SEE ATTACHED STATEMENT OF FACTS  Amended complaint 155 1/8/08

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

| IN VIOLATION OF: | UNITED STATES CODE TITLE:<br><br>TITLE 21 USC | SECTION(s):<br><br>841(a)(1) & 846 |
|---|---|---|
| BAIL: | OTHER CONDITIONS of RELEASE: | |
| ORDERED BY: [signature] | | DATE ORDERED:<br>1/2/08 |
| CLERK OF COURT/U.S. MAGISTRATE:<br>**CATHY ANN BENCIVENGO** | (BY) DEPUTY CLERK | DATE ISSUED: |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED: | NAME AND TITLE of ARRESTING OFFICER: | SIGNATURE: |
|---|---|---|
| DATE EXECUTED: | | |

CLASS I. 'Z'           DEA           3561

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __08 mj 12__
 )
vs )   ABSTRACT OF ORDER
 )
 )   Booking No. _____
__Brian Becerra-Leon__ )
 )
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __01-04-08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

__X__ ~~Bench~~ Warrant Recalled. __Warrant on Amended complaint issued.__

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

RECEIVED 2008 JAN -4 A 3:04 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
_____
Deputy Clerk

Received _____
 DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**MARSHAL'S**